Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Anthony A. Dixon

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANTHONY A. DIXON, | Case No.: CV 11-9646 AGR |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:   May 16, 2012

_____
THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: May 16, 2012              Respectfully submitted,

2                                  LAW OFFICES OF LAWRENCE D. ROHLFING
                                       /s/ Lawrence D. Rohlfing
3                              BY:_____
                                   Lawrence D. Rohlfing
4                                  Attorney for plaintiff Anthony A. Dixon

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER CV 11-9646 AGR

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 16, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Lawrence D. Rohlfing*

_____
Lawrence D. Rohlfing
Attorneys for Plaintiff
_____